JAN 01, 2018

Please Send All Corespondance regarding my Civil Case to
Steven Michoff
P.O. Box 363
Green Wood, Calif. 95635

<u>NOT</u> to ME iN El Dorado County JAIL.

Please Change my Return Address on my Civil Claim to the

P.O. Box 363
Green Wood Calif. 95635

Thank you

*Steven Michoff*
Steven Michoff

Thank-you.

Civil CASE NO. 2:17-CV-02584-CKD

Thank you.

**FILED**
JAN 12 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK