DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
MELISSA T. CURRIER, ESQ., SB No. 318805
  Email: mcurrier@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COBURN (erroneously named as "Colburn" and "Culburn"), MORTON and COONEY

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN DAVID MICHOFF, an individual, ) | Case No.: 2:17-CV-02584-MCE-CKD |
| ) | |
| Plaintiff, ) | **ORDER ON DEFENDANTS' MOTION** |
| ) | **TO MODIFY THE DISCOVERY AND** |
| vs. ) | **SCHEDULING ORDER** |
| ) | |
| COLBURN, et al. ) | |
| ) | |
| Defendants. ) | |

Finding good cause and no prejudice to any party, the court hereby grants defendants' Motion to Modify the Discovery and Scheduling Order.  ECF No. 29.  The April 29, 2020 Discovery and Scheduling Order is amended to extend the discovery deadline to January 19, 2021 and the dispositive motion deadlines to April 6, 2021in order to allow the parties to complete discovery prior to trial.

Dated:  August 24, 2020

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

-1-
[proposed] ORDER ON DEFENDANTS COBURN, MORTON AND COONEY'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER