## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**STEVEN DAVID MICHOFF,**

CASE NO: **2:17−CV−02584−MCE−CKD**

v.

**COBURN, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/21/22**

**Keith Holland**
Clerk of Court

ENTERED:  **March 21, 2022**

by: /s/ H. Kaminski
Deputy Clerk